# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-00478-005-TUC-JGZ (LAB) |
| Plaintiff, | **ORDER** |
| v. | |
| Leslie Marlene Padilla, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Leslie A. Bowman that recommends denying the Defendant Leslie Marlene Padilla's Motion to Dismiss. (Doc. 809.)

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Bowman's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F.Supp.2d 1203, 1204 (D. Or. 1998).

//
//
//
//

Accordingly, IT IS HEREBY ORDERED as follows:

1. Magistrate Judge Bowman's Report and Recommendation (Doc. 809) is accepted and adopted;

2. Defendant's Motion to Dismiss (Doc. 731) is DENIED.

Dated this 1st day of September, 2017.

Honorable Jennifer G. Zipps
United States District Judge